# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00130-RJC-DSC

| | |
|---|---|
| BETTY SUE TOOMEY AND PERRY TOOMEY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER** <br>) |
| COLOPLAST CORP., | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Eric M. Przybysz]" (document # 7) filed May 16, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 20, 2019

_____
David S. Cayer
United States Magistrate Judge