# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00130-RJC-DSC

| | |
|---|---|
| BETTY SUE TOOMEY AND PERRY TOOMEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| COLOPLAST CORP., | ) ) |
| Defendant. | ) ) |

**ORDER**

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Lana K. Varney and Oliver Peter Thoma]" (documents ##11-12) filed June 5, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: June 5, 2019

David S. Cayer
United States Magistrate Judge